Philip SOKOLICH, Appellant,

v.

Marcia LEMAY, of Nash, Palm and Lemay, Appellee.

No. 03–7148.

United States Court of Appeals, District of Columbia Circuit.

June 8, 2004.

Philip Sokolich, Ogdensburg, NY, pro se.

William Joseph Carter, Carr Maloney, Washington, DC, for Defendant–Appellee.

Before: GINSBURG, Chief Judge, and SENTELLE and RANDOLPH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed June 11, 2003 be affirmed. The court properly dismissed the case without prejudice for lack of personal jurisdiction over the defendant. *See* D.C.Code Ann. § 13–423; *International Shoe Co. v. Washington,* 326 U.S. 310, 66 S.Ct. 154, 90 L.Ed. 95 (1945).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.